# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHITE COUNTY COAL LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-CV-4045-JPG |
| FRONTIER-KEMPER CONSTRUCTORS, INC., | ) |
| Defendant. | ) |

## ORDER

**GILBERT, District Judge:**

This matter is before the Court for purposes of case management. On February 27, 2006, Frontier-Kemper Constructors Inc. filed a notice of removal (Doc. 1) in this case invoking the Court's diversity jurisdiction. See 28 U.S.C. §§ 1446, 1332.

Frontier-Kemper has insufficiently established this Court's jurisdiction to hear this case. 28 U.S.C. §1332(c)(1) provides that "a corporation shall be deemed to be a citizen of any State by which it has been incorporated *and* of the State where it has its principal place of business. . . ." (Emphasis added). Frontier-Kemper limited its jurisdictional allegations to its place of incorporation and did not include an allegation regarding its principal place of business. The failure to include an allegation regarding its principal place of business makes its notice of removal facially deficient.

## CONCLUSION

Frontier-Kemper is **DIRECTED** to amend its notice of removal **on or before March 10, 2006**, and failure to do so on or before that date may result in this case being **SUMMARILY REMANDED** to the Circuit Court of White County, Illinois under the authority of 28 U.S.C. §1446(c)(4).

**IT IS SO ORDERED.**

**Dated: March 2, 2006.**

                                        /s/ J. Phil Gilbert
                                        J. PHIL GILBERT
                                        U.S. District Judge